B. Scot Pierce
State Bar No. 24002773
D. Alexander Harrell
State Bar No. 24055624
Luther W. Ellis
State Bar No. 06572000
BRACKETT & ELLIS, P.C.
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
(817) 338-1700  Fax: (817) 870-2265
**ATTORNEYS FOR THE FORT WORTH INDEPENDENT SCHOOL DISTRICT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FOUR BUCKS, LLC, | § | Case No. 09-42629-DML-11 |
| | § | |
| Debtor. | § | |

**LIMITED OBJECTION OF THE FORT WORTH INDEPENDENT SCHOOL DISTRICT
TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Fort Worth Independent School District (the "FWISD") files this, its Objection to Motion for Authority to Use of Cash Collateral.

**FACTS**

1. The FWISD is a subdivision of the State of Texas and, as such, is authorized to levy and assess property taxes on the value of property located within its taxing jurisdictions as of January 1 of each tax year.

2. The property taxes assessed are secured by paramount liens as provided by Sections 32.01 and 32.05 of the Texas Property Tax Code.

3. According to Section 32.01(a) of the Texas Property Tax Code, "[o]n January 1 of each tax year, a tax lien attaches to property to secure the payment of all taxes, penalties, and interest ultimately imposed for the year . . . ." According to Section 32.01(d), the tax lien is perfected on attachment and no further action is required by the taxing authority.

4. On May 4, 2009 (the "Petition Date"), Debtor filed its Voluntary Petition under Chapter 11 of the U.S. Bankruptcy Code.

5. On May 15, 2009, the FWISD filed its Proof of Claim. At the time it filed its Proof of Claim, the FWISD held secured liens against certain of Debtor's real property located at 1525 Sandy Lane, Fort Worth, Texas (the "Property").

6. On May 7, 2009, Debtor filed its Motion for Authority to Use Cash Collateral (the "Motion").

7. On May 27, 2009, the Court entered its Interim Order Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection and Setting Final Hearing (the "Interim Order").

## LIMITED OBJECTION

8. The FWISD objects to the Interim Order because it lacks sufficient protections for the FWISD's liens. Any final order entered on the Motion should provide that the FWISD's liens shall continue to attach to the Property, including all cash proceeds generated from any sale of the Property, in the same priority, validity, and extent as those liens attached to the Property on the Petition Date. According to Texas law, "[t]ax liens provided by [Chapter 32 of the Texas Tax Code] have equal priority." Tex. Tax. Code § 32.04(b); *See Lubbock Indep. Sch. Dist. v. Owens*, 217 S.W.2d 186, 188 (Tex. Civ. App.–Amarillo 1949, writ ref'd) ("The tax liens of cities, school districts, counties and the state have equal dignity"). Therefore, the tax liens of the FWISD are *pari*

*passu* with the liens of other ad valorem tax creditors as to the Property and are entitled to be protected in the Court's final order on the Motion.

## PRAYER

For all of the foregoing reasons, the FWISD objects to Motion for Authority to Use Cash Collateral and requests this Court to deny the relief sought in the Motion until the FWISD's objections are resolved.

Respectfully submitted,

*/s/ Scot Pierce*
B. Scot Pierce
State Bar No. 24002773
D. Alexander Harrell
State Bar No. 24055624
Luther W. Ellis
State Bar No. 06572000
BRACKETT & ELLIS,
A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
(817) 338-1700
Facsimile (817) 870-2265
**ATTORNEYS FOR THE FORT WORTH INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent via U.S. Mail to the following parties on June 16, 2009:

Four Bucks, LLC
1525 Sandy Lane
Fort Worth, TX 76112

Areya Holder
Law Office of Areya Holder, P.C.
800 W. Airport Freeway, Suite 540
Irving, TX 75062

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Eli O. Columbus
Winstead PC.
1201 Elm Street, Suite 5400
Dallas, Texas 75270

Laurie A. Spindler
Linebarger Goggan Blair& Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Rasa Floors, LP
c/o Craig A. Bernstein
3710 Rawlins St. Suite 1300
Dallas, TX 75219

Wells Fargo Credit Card
Bankruptcy Department
100 W. Washington St.
Phoenix, AR 85003

City of Fort Worth Water
PO BOX 961003
Fort Worth, TX 76161

Red Carpet Cleaning
4258 Hearthside Drive
Grapevine, TX 76051

Glast, Phillips & Murray, P.C.
2200 Galleria Tower
13355 Noel Road L.B.
Dallas, TX 75240-1518

Wells Fargo Credit Card
Bankruptcy Department
100 W. Washington St.
Phoenix, AR 85003

Allmine Landscape & Irrigation
c/o Ronald W. Sutterfield
723 109th St.
Arlington, TX 76011

Hoffmeyer & Grass Inc.
112 S. Beltline
Mesquite, TX 75149

Maintenence Supply
Headquarters
12315 Pare Crest Drive, Suite 100
Stafford, TX 77477

Wilmar
200 East Park Dr., Ste. 200
Mt. Laurel, NJ 08054

W.T. Skip Leake
Landmark Building
2201 North Collins Street, Suite 110 (76011)
P.O. Box 201786
Arlington, Texas 76006-1786

Aimsco
9005 Sovereign Row
Dallas, TX 75247

Colors Carpet Dyeing & Cleaning, Inc.
PO BOX 120214
Arlington, TX 76012

Charla Smart
4930 Tremont
Dallas, TX 75214

Bourland, Wall & Wenzel, P.C.
301 Commerce St.
Suite 1500
Fort Worth, TX 7602

Resident Data, Inc.
PO BOX 730694
Dallas, TX 75373

Waste Mangement
PO BOX 78251
Phoenix, AZ 85062

Israel L. Suster Law Office
1316 Village Creek, Dirve
Suite 500
Plano, TX 75093

CST Co.
PO Box 224768
Dallas, TX 75222

Atmos
PO BOX 619785
Dallas, TX 75261

Greensheet
PO BOX 561288
Dallas, TX 75356


      */s/ D. Alexander Harrell*
D. Alexander Harrell